MURDOCK, Justice
(concurring in the result).
In its brief to this Court, AmerUs argues that the insureds’ fraud claims were subject to a two-year statute of limitations, see Ala.Code 1975, § 6-2-38((), and that this limitations period commences when the plaintiff discovers the fraud or when facts are known that would “ ‘put a reasonable mind on notice that facts to support a claim of fraud might be discovered upon inquiry.’ ” Auto-Owners Ins. Co. v. Abston, 822 So.2d 1187, 1195 (Ala.2001) (quoting Jefferson County Truck Growers Ass’n *1217 v. Tanner, 341 So.2d 485, 488 (Ala.1977)). AmerUs argues that, at the latest, the insureds discovered or were put on notice of the alleged fraud in 1991 when Smith was told by its agent, George Brooks, that the representation by the previous agent, Eddie Jeffrey, that the policy premiums would remain level for 42 years was simply not true. I agree, and I concur in the result on that basis. I would not reach the other issues raised by AmerUs on appeal.